UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

TAG/ICIB SERVICES, INC. as agent
of CROWLEY AMERICAN TRANSPORT,
INC.
Plaintiff                                                                                CIVIL NO. 03-2141(DRD)

v.

TERRALINA ENVIRONMENTAL SERVICES,
INC.
Defendant

## ORDER FOR DISBURSEMENT OF FUNDS

  Pending before the Court is plaintiff's *Motion for Withdrawal of Funds* (Docket No. 13). Through said motion, plaintiff moves the Court to allow them to withdraw the funds derived from the attachment carried forth in execution of a Writ of Attachment issued by the Court. A check was deposited within the registry of the U.S. District Court for the total amount of **$47,398.23**. As of today, plaintiff's motion remains unopposed.

  The Court **GRANTS** plaintiff's *Motion for Withdrawal of Funds* (Docket No. 13). Accordingly, the Clerk of the Court is **INSTRUCTED** to issue a check in the amount of **Forty Seven Thousand Three Hundred Ninety Eight Dollars and Twenty Three cents ($47,398.27)** plus interest, less registry fees, payable to the order of **TAG/ICIB Services, Inc. as agent of Crowley American Transport, Inc.**

  **IT IS SO ORDERED.**

  In San Juan, Puerto Rico, this 31st day of May, 2005.

                       s/ Daniel R. Dominguez
                        **DANIEL R. DOMINGUEZ**
                        **U.S. DISTRICT JUDGE**